IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Anthony C Amodei | : | Chapter 13 |
| | : | |
| | : | Case No.  19-17804ELF |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 26.

Dated:  May 12, 2020            /s/ Brad J. Sadek, Esquire

Brad J. Sadek, Esquire

Sadek and Cooper

1315 Walnut Street, Suite 502

Philadelphia, PA 19107

215-545-0008