**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re <u>Anthony C Amodei</u>          Case No. <u>19-17804</u>

**AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PNC Bank, National Association | TIAA, FSB c/o LoanCare, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

PNC Bank, National Association
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg Ohio 45342

Court claim # (if known): 5-1
Amount of Claim
    Total Debt: $207,248.49
Date Claim Filed: 2/5/2020

Phone: (866) 754-0659          Phone:
Last four Digits of Acct #: 0505          Last Four Digits of Acct. #: 1571

Name and Address where Transferee payments should be sent (if different from above):

Phone:
Last four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Edward H. Cahill          Dated: 05/02/22
     Transferee/Transferee's Agent

Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Transfer of Claim was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

BRAD J. SADEK, Attorney for Anthony C Amodei, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107, brad@sadeklaw.com

KENNETH E. WEST, Chapter 13 Trustee, 1234 Market Street Suite 1813, Philadelphia, PA 19107

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Anthony C Amodei, 38 Winding Road, Levittown, PA 19057

                                                                                                        /s/ Edward H. Cahill