**Fill in this information to identify the case**

Debtor 1  **Anthony C Amodei**

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: **EASTERN** District of **PENNSYLVANIA**
(State)

Case number  **19-17804**

# Form 4100R
## Response to Notice of Final Cure Payment                                          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** PNC Bank, National Association

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 0505

**Property address:** 38 Winding Rd
Number        Street

Levittown   PA   19057
City                State       Zip Code

### Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/____
MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                      (a) $1,790.27

b.  Total fees, charges, expenses, escrow, and costs outstanding: $325.00 minus $161.52 in suspense    (b) $163.48

c.  Total. Add lines a and b.                                                    (c) $1,953.75

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:   01/01/2025
MM/DD/YYYY

Form 4100R                     **Response to Notice of Final Cure Payment**                    page **1**

25-000574_SJW

Debtor 1 ___Anthony C Amodei___   Case number (if known) 19-17804
     First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Stephen R. Franks                         Date  01/10/2025
   Signature

Print:       Stephen R. Franks                  Title  Attorneys for Creditor

Company      MDK Legal

Address      P.O. Box 165028
     Number   Street

     Columbus, OH  43216-5028
     City   State   ZIP Code

Contact phone  614-220-5611                     Email   amps@manleydeas.com

25-000574_SJW

**Exhibit B: Schedule of Amounts Outstanding Post-Petition Claim**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Advertisement costs | | (5) | $ |
| 6. | Sheriff/auctioneer fees | | (6) | $ |
| 7. | Title costs | | (7) | $ |
| 8. | Recording fees | | (8) | $ |
| 9. | Appraisal/broker's price opinion fees | | (9) | $ |
| 10. | Property inspection fees | | (10) | $ |
| 11. | Tax advances (non-escrow) | | (11) | $ |
| 12. | Insurance advances (non-escrow) | | (12) | $ |
| 13. | Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $ |
| 14. | Property preservation expenses. Specify: _____ | | (14) | $ |
| 15. | 1 payment at $1790.27 | 1/1/25 | (15) | $ 1,790.27 |
| 16. | Other. Specify: POC Fees (PPFN 5/6/20) | 2/6/20 | (16) | $ 325.00 |
| 17. | Other. Suspense Balance | | (17) | $ -161.52 |
| | Total postpetition fees, expenses, and charges. Add all of the amounts listed above. | | (18) | $ 1,953.75 |

25-000574_SJW

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-17804** |
| **Anthony C Amodei** : | **Chapter 13** |
| : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **PNC Bank, National Association** : | **Related Document #** |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Anthony C Amodei** : | |
| **Kenneth E. West** : | |
| **Respondents.** : | |
| : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Response to Notice of Final Cure was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

BRAD J. SADEK, Attorney for Anthony C Amodei, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Anthony C Amodei, 38 Winding Road, Levittown, PA 19057

/s/Stephen R. Franks

25-000574_SJW